UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KELLY HOOD and
LISA G. HOOD,                                                           CIVIL NO. 13-1068 (DSD/JSM)

    Plaintiffs,

v.                                                                                                        ORDER

FEDERAL HOME LOAN
MORTGAGE CORPORATION, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 7, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.    Defendants' Motion to Dismiss [Docket No. 5] is GRANTED; and

2.    This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 8, 2014

                                                    s/David S. Doty
                                                    DAVID S. DOTY, Judge
                                                    United States District Court